Clarence **HAYWOOD**, Plaintiff—
Appellant,

v.

Betty B. **FLETCHER**, 9th Circuit Court Judge; et al., Defendants—
Appellees.

No. 05–56227.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Filed March 29, 2006.

Clarence Haywood, San Bernardino, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Leon W. Weidman, Esq., Office of the U.S. Attorney Civil & Tax Divisions, Los Angeles, CA, for Defendants–Appellees.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Clarence Haywood, a California state prisoner, appeals pro se from the district court's order striking his complaint pursuant to a vexatious litigant order. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the application of a vexatious litigant order for an abuse of discretion. *See Moy v. United States*, 906 F.2d 467, 469 (9th Cir.1990). We affirm.

In a prior appeal in *Haywood v. Hillman*, case no. 04–55468, this court affirmed the district court's imposition of a vexatious litigant order barring Haywood from filing further actions based on judicial officers' conspiracy to uphold his criminal conviction. The allegations in Haywood's complaint clearly involve the type of allegations for which the vexatious litigant order had been issued. Accordingly, we affirm the district court's order striking his complaint pursuant to that vexatious litigant order.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.